# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-1446

———————————————

RONALD A. and DONNA D.
KEMPF,

Appellants,

v.

FLAGSTAR BANK, FSB,

Appellee.

———————————————

On appeal from the Circuit Court for Gadsden County.
Francis Allman, Judge.

September 25, 2018

PER CURIAM.

AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Ronald A. Kempf and Donna Kempf, pro se.

Andrew P. Marcus of GrayRobinson, P.A., Fort Lauderdale, for Appellee.